

**SULLIVAN & WORCESTER**

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2800
F 617 338 2880
www.sandw.com

May 6, 2010

**MEMO ENDORSED**

**By Email**

The Honorable Richard J. Sullivan
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/10
```

Re: Mega International Commercial Bank Co., Ltd. v. Foreign Trade Bank of the DPR Korea: Civil Action No. 10-civ-0320

Dear Judge Sullivan:

We represent Plaintiff Mega International Commercial Bank Co., Ltd. in this matter. Your Honor has ordered Plaintiff and Defendant to submit a status letter, along with a proposed case management plan and scheduling order, by Friday, May 7, 2010, with a status conference to be held on Monday, May 17, 2010. Defendant has not yet communicated with us, and we would like to request an extension on submission of the status letter and case management plan until Wednesday May 12, 2010.

SO ORDERED
Dated: 5/6/2010
RICHARD J. SULLIVAN
U.S.D.J

Respectfully submitted,

SULLIVAN & WORCESTER LLP

By: Paul E. Summit
Paul E. Summit, Esq. (PS 6263)
Andrew T. Solomon, Esq. (AS 9200)
1290 Avenue of the Americas, 29th Floor
New York, NY 10104
Telephone: 212.660.3000
Facsimile: 212.660.3001

Attorneys for Plaintiff

```
The request is DENIED; the parties shall
comply with my April 15 order in all respects.
If Defendant refuses to participate in the
production of the joint letter or fails to
appear for the initial conference, a default
judgment may be entered against it.

Plaintiff shall serve Defendant with a copy
of this Order.
```

cc: Foreign Trade Bank of the DPR Korea (by mail)

BOSTON   NEW YORK   WASHINGTON, DC