UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MEGA INTERNATIONAL COMMERCIAL BANK CO. LTD.,

                Plaintiff,

-v-

FOREIGN TRADE BANK OF THE DPR KOREA,

                Defendant.

No. 10 Civ. 320 (RJS)
ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/17/10

<u>RICHARD J. SULLIVAN</u>, District Judge:

      Plaintiff appeared before the Court for an initial conference on May 17, 2010. Defendant did not appear. For the reasons stated in open court, Plaintiff shall submit a detailed letter to the Court by June 2, 2010, addressing (1) whether the loan agreement is enforceable in this Court, notwithstanding United States trade policy with North Korea, and (2) whether the process-serving agreement is enforceable in this Court, notwithstanding United States trade policy with North Korea.

      Plaintiff shall serve a copy of this Order on Defendant.

SO ORDERED.

Dated:     May 17, 2010
             New York, New York

                                        _____
                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE