Paul E. Summit (PS 6263)
Andrew T. Solomon (AS 9200)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Floor
New York, NY 10104
(212) 660-3000

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

MEGA INTERNATIONAL COMMERCIAL BANK CO., LTD.,

        Plaintiff,

-against-

FOREIGN TRADE BANK OF THE DPR KOREA,

        Defendant.
-----------------------------------------------------------X

Case No.: 10-civ-0320 (RJS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                              )ss.:
COUNTY OF NEW YORK )

      FRANK DI BLASI, being duly sworn, deposes and states:

1.    I am not a party to this action, and I am over 18 years of age.

2.    On August 11, 2010, I served true copies of the Notice of Default Judgment and the Default Judgment, together with certified Korean language translations thereof, the Notice of Right to Appeal, and the Foreign Sovereign Immunities Act of 1976 on the Foreign Trade Bank of the DPR Korea by First-Class Mail International Service to Foreign Trade Bank of the DPR Korea, FTB Building, Jungsong-Dong, Central District, Pyongyang, Democratic People's Republic of Korea, Attention: Kim Jun Chol, Chairman and President, the address provided for the defendant in the loan agreement between the parties.

{N0222887; 1}

3.     On August 11, 2010, I also served true copies of the Notice of Default Judgment and the Default Judgment, together with certified Korean language translations thereof, the Notice of Right to Appeal, and the Foreign Sovereign Immunities Act of 1976, on the Foreign Trade Bank of the DPR Korea by facsimile, attention: Kim Jun Chol, Chairman and President, to 850-2-3814467, the facsimile number provided for the defendant in the loan agreement between the parties.  Two attempts to fax were unsuccessful.

_____
FRANK DI BLASI

Sworn to before me this
12th day of August 2010

_____
Notary Public

BRIAN COOLEY
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01CO6177349
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES NOVEMBER 13, 20 11

{N0222887; 1}                                    2